NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DOMINICK D. PHILLIPS, DOC # R54452     )
                                       )
                 Appellant,            )
                                       )
v.                                     )     Case No. 2D17-3031
                                       )
STATE OF FLORIDA,                      )
                                       )
                 Appellee.             )
_____)

Opinion filed March 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Dominick D. Phillips, pro se.

PER CURIAM.


                 Affirmed.


CASANUEVA, CRENSHAW, AND BADALAMENTI, JJ., Concur.